UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 14-20216-CIV-MORENO**

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 50.143.69.168,

    Defendant.

_____/

**ORDER TO SHOW CAUSE**

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has recently been made aware of an Order by Judge Ungaro in an identical case, *Malibu Media v. John Doe*, 14-cv-20213-UNGARO, finding that Plaintiff has failed to show that (1) the Court could rely on geolocation services to find establish the identity of the Defendant, (2) the Defendant's location in this district, and (3) that the Southern District of Florida was a proper venue. In that case, Judge Ungaro stated that "[t]here is nothing that links the IP address location to the identity of the person actually downloading and viewing Plaintiff's videos, and establishing whether that person lives in this district." *Malibu Media v. John Doe*, 14-cv-20213-UNGARO, D.E. No. 10. This Court has previously denied Plaintiff's request to serve a third-party subpoena prior to a Rule 26(f) conference and noted that "[t]he federal courts are not cogs in a plaintiff's copyright-enforcement business model." Therefore it is

**ADJUDGED** that Plaintiff is hereby ORDERED TO SHOW CAUSE why the Court should rely on geolocation services to establish the Defendant's identity and location in this district, as well

as why the Southern District of Florida is an appropriate venue for this case. Plaintiff shall file its response no later than **April 14, 2014**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

-2-